**FILED**

05/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0162

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0162

ROBERT L. ROSE,

      Petitioner and Appellant,

      v.

MONTANA DEPARTMENT OF
CORRECTIONS, BRIAN GOOTKIN,
Director; and JAMES SALMONSEN,
Warden of Montana State Prison,

      Respondents and Appellees.

**SECOND** ORDER
OF MEDIATOR APPOINTMENT

Alice J. Hinshaw, the mediator previously appointed in this matter, has notified the Court that she declines the appointment. Accordingly, Ms. Hinshaw's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **PETER M. MELOY,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 15th day of May, 2023.

Bowen Greenwood,
Clerk of the Supreme Court

c:    Robert L. Rose, AO# 38060, Montana State Prison,
        700 Conley Lake Road, Deer Lodge MT 59722
    Austin Miles Knudsen, tplubell@mt.gov; dojsupremecourtefilings@mt.gov;
        supremecourtcivil@mt.gov
    Kyle Patrick Chenoweth, kchenoweth@mt.gov
    Alice J. Hinshaw, alice@hinshawlaw.net
    Peter M. Meloy, mike@meloylawfirm.com